UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TOMMY RAY MOSLEY ] | |
|     Petitioner, ] | |
| ] | GENERAL DOCKET |
| v. ] | No. 3:13-mc-0066 |
| ] | Judge Campbell |
| RAY HOBBS ] | |
|     Respondent. ] | |

### O R D E R

Presently before the Court is petitioner's *pro se* Rule 60(b) Motion for Relief from Judgment (Docket Entry No.1).

The petitioner is an Arkansas prisoner. He has filed this Motion "to move for reconsideration on the order entered on February 19, 2013 by the Honorable Barry Bryant denying petitioner's previous Rule 60(B) motion".

The case to which the petitioner refers is <u>Tommy Ray Mosley v. Ray Hobbs</u>, Civil No.6:96-6119 (W.D. Ark.). Clearly, petitioner's instant Motion was sent to this Court in error.[1]

Because the Motion is more properly filed in a pre-existing case from another district, no filing fee is required here. The Clerk is directed to TRANSFER petitioner's Motion to the United

---

[1] Included with his Motion is a letter from the petitioner to the Clerk of this Court stating that the Motion was sent here because "I'm being told I'm being transferred to your district". The petitioner's place of confinement, however, does not alter the fact that the Motion should be filed in the Arkansas case.

States District Court for the Western District of Arkansas, Hot Springs Division. 28 U.S.C. § 1406(a).

    It is so ORDERED.

                                                    */s/ Todd Campbell*
                                                  Todd Campbell
                                                  United States District Judge